PRINCEVILLE CANNING COMPANY,
Petitioner,

v.

NATIONAL LABOR RELATIONS
BOARD, Respondent.

No. 19290.

United States Court of Appeals
Fifth Circuit.

Aug. 3, 1964.

* It should be observed that Judge Cameron participated in the hearing and decision of this cause but died before the opinion was filed. See 28 U.S.C.A. § 46.

Fred C. Jackson and Stephen P. Dart, St. Francisville, La., for petitioner.

Marcel Mallet-Prevost, Asst. Gen. Counsel, Dominick L. Manoli, Assoc. Gen. Counsel, Melvin Pollack, Atty., N. L. R. B., Washington, D. C., for respondent.

Before TUTTLE, Chief Judge, and JONES, Circuit Judge.

PER CURIAM.

Subsequent to the filing of an application for rehearing by the petitioner herein, Honorable Dozier A. DeVane, one of the judges of the panel of this Court having the cause under submission, died and hence this order is entered by the other judges as a quorum of the panel. The application for rehearing is denied.